Janet M. Herold
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Susan Seletsky**, Attorney (CSBN #176106)
Office of the Solicitor (Sol 1300125)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
    Telephone: (213) 894-4983
    Facsimile:  (213) 894-2064
seletsky.susan@dol.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **SETH D. HARRIS,**<br>  Acting Secretary of Labor,<br>  United States Department of Labor,<br><br>              Plaintiff,<br><br>      v.<br><br>**REGIS DEVELOPMENT, INC.,** an Arizona Corporation,<br>**LEO LOIACANO,** Individually and as Managing Agent of the corporate defendant,<br><br>              Defendants. | Case No.<br><br>**COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE**<br>**(Fair Labor Standards Act, 29 U.S.C. 201 et seq.)** |

1) The plaintiff, Seth D. Harris, Acting Secretary of Labor, U.S. Department of Labor ("Secretary"), brings this action to enjoin defendants Regis Development, Inc., an Arizona Corporation and Leo Loiacano, individually and as managing agent of the corporate defendant ("Defendants"), from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2)) and 215(a)(5), pursuant to FLSA Section 17, 29 U.S.C. § 217, and to recover unpaid overtime compensation owed under the FLSA to pre-

sent and former employees of the Defendants including those listed by name on the attached Exhibit 1 to this Complaint.

2) This Court has subject matter jurisdiction under FLSA § 17, 29 U.S.C. § 217; this Court also has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and under 28 U.S.C. § 1345 (United States as plaintiff).

3) Venue lies in the United States District Court, District of Arizona, pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events giving rise to these claims occurred in Maricopa County, Arizona.

4)(a) Defendant Regis Development, Inc., is and at all times material has been an Arizona corporation, with an office and place of business at 4299 N. 43rd Avenue, Phoenix, AZ 85031, and at all times material has been engaged in a property preservation and maintenance business;

(b) Defendant Leo Loiacano, an individual, at all times material has acted directly or indirectly in the interest of the corporate Defendant in relation to the employees of the corporate Defendant.

5) At all times material, the corporate Defendant was engaged in related activities performed through unified operation or common control for a common business purpose, and at all times has been an "enterprise" as defined in FLSA § 3(r), 29 U.S.C. § 203(r).

6) At all times material, the enterprise has had employees engaged in commerce or in the production of goods for commerce or in handling, selling or otherwise working on goods or materials which have been moved in or produced for commerce. This enterprise has had an annual gross volume of sales made of no less than $500,000.00 and is an "enterprise engaged in commerce or in the production of goods for commerce" as defined in FLSA § 3(s), 29 U.S.C. § 203(s).

7) The Defendants have violated the provisions of FLSA §§ 7 and

15(a)(2), 29 U.S.C. §§ 207 and 215(a)(2), by employing employees engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), 29 U.S.C. §203(s), for workweeks longer than 40 hours without compensating these employees at rates not less than one and one-half times the regular rates at which they were employed.

8) The Defendants have violated the provisions of FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5), by failing to maintain, keep, make available to authorized agents of Secretary for inspection, transcription and/or copying, and pre-serve records of their employees and of the wages, hours, and other conditions and prac-tices of employment maintained, as prescribed by the regulations promulgated by the Secretary pursuant to the authority granted in the FLSA and published at 29 C.F.R. Part 516.

9)(a) During the period beginning on October 4, 2009, Defendants violated the above-described provisions of the FLSA.

(b) As a result of the violations of the overtime provisions of the FLSA, there is unpaid overtime compensation due under the FLSA that is being withheld by the Defendants.

(c) Judgment permanently enjoining and restraining such violations of the FLSA is specifically authorized by FLSA § 17, 29 U.S.C. § 217.

(d) Judgment enjoining and restraining any continued withholding of unpaid overtime compensation due under the FLSA is specifically authorized by FLSA § 17, 29 U.S.C. § 217.

WHEREFORE, cause having been shown, the Secretary prays for judgment as follows:

1     A.  (i) For an order pursuant to FLSA § 17, 29 U.S.C. § 217, permanently enjoining and restraining the Defendants, their officers, agents, servants and employees, and all persons in active concert or participation with them, from violating the provisions of FLSA §§ 15(a)(2) and 15(a)(5), 29 U.S.C. §§ 215(a)(2) and 215(a)(5), and

    (ii)  Pursuant to FLSA § 17, 29 U.S.C. § 217, restraining the Defendants, their officers, agents, servants and employees and all persons in active concert or participation with them, from continuing to withhold the payment of any unpaid overtime compensation found to be due to present and former employees listed by name on the attached Exhibit 1, and,

    B.  Such other and further relief as the Court deems necessary.

Dated: ___July 1___, 2013

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DANIEL J. CHASEK
Associate Regional Solicitor

*/s/ Susan Seletsky*
SUSAN SELETSKY,
Attorney
U.S. Department of Labor

Attorneys for the Plaintiff

Exhibit 1

| # | Last Name | First Name |
|---|---|---|
| 3 | Adair | Aaron |
| | Alarcon | Jose |
| 4 | Almanza | Christopher |
| 5 | Alvarez | Hugo |
| | Amaya | Ralph |
| 6 | Anderson | Jamin |
| 7 | Armenta | Miguel |
| | Bagsby | Ruben |
| 8 | Baize | Kevin |
| 9 | Beltran | Armando |
| | Beltran | Enrique |
| 10 | Bermudez | Ricardo |
| 11 | Blackmon | Russell |
| | Box | Herman |
| 12 | Bramley | Michael |
| 13 | Branham | Howell |
| | Branham | Jason |
| 14 | Branham | Steven |
| | Brown | Perry |
| 15 | Brueggeman | Malcolm |
| 16 | Candelaria | David |
| | Canela | Mario |
| 17 | Canyon | Anthony |
| 18 | Capaci | Ray |
| | Castorena | Philip |
| 19 | Chalupp | David |
| | Chapman | Nicholas |
| 20 | Charley | Dino |
| 21 | Chasten | Clark |
| | Chavez | Abel |
| 22 | Chruscinskoi | Kevin |
| 23 | Clampitt | Jenny |
| | Clark | Michael |
| 24 | Clayton | Daniel |
| 25 | Cleary | Diana |
| | Clements | Joel |
| 26 | Colone | Joel |
| 27 | Comellier | Nichelle |
| | Comer | Jock |
| 28 | Contreras | Joseph |

**Complaint** (Sol #1300123)

| | Last Name | First Name |
|---|---|---|
| 1 | | |
| 2 | Copeland | Stephanie |
| | Cornellier | Angela |
| 3 | Craven | Jeremy |
| 4 | Current | Kenneth |
| | Dawson | Chaunce |
| 5 | Diaz | Joseph |
| 6 | Diminio | John |
| | Downer | Anthony |
| 7 | Eaton | Charles |
| 8 | Ehresman | Scott |
| | Ekstrom | Tyler |
| 9 | Esparza | Christopher |
| 10 | Etsitty | Darlene |
| | Fellenz | Randy |
| 11 | Fimbres | Sonia |
| | Fischer | Ken |
| 12 | Fischer | Marshall |
| 13 | Flanders | Shawn |
| | Flores-Modesto | Margarito |
| 14 | Fofana | Kristina |
| 15 | Fortuna | Paul |
| | Francis | Albert |
| 16 | Francis | Thomasita |
| 17 | Francis | Tommy |
| | Fuentes | Michael |
| 18 | Galdones | Justin |
| 19 | Garcia | David |
| | Garcia | Dominic |
| 20 | Garcia | Ernest |
| | Garcia | Estevan |
| 21 | Glahn | Bruce |
| 22 | Gleeson | Tony |
| | Gomez | Antonio |
| 23 | Gregg | Terron |
| 24 | Guerra | Marco |
| | Guerrero | Sergio |
| 25 | Haller | Thomas |
| 26 | Hampshire | Larry |
| | Hannafin | Courtney |
| 27 | Haro | Salvador |
| | Harrison | Steven |
| 28 | Hart | Ariel |

**Complaint** (Sol #1300123)

| | Last Name | First Name |
|---|---|---|
| 1 | | |
| 2 | Hazlett | Brian |
| 3 | Hemmerling | David |
| | Henth | David |
| 4 | Hermosillo | Homero |
| | Hernandez | Martin |
| 5 | Hertanu | Denny |
| 6 | Higareda | Fernando |
| | Hirsch | Michael |
| 7 | Hompkins | Chris |
| 8 | Hudson | Jerry |
| | Hundelt | Ashlee |
| 9 | Jackowski | Jaroslaw |
| 10 | Jake | Shawna |
| | Jameson | Larry |
| 11 | Jaramillo | Steven |
| 12 | Jasso | Lydia |
| | Johnson | Joseph |
| 13 | Johnson | Philip |
| 14 | Kaitschuck | Duane |
| | Kasper | Minnie |
| 15 | Kaye | Averill |
| | Kelly | Brandy |
| 16 | Kobey | David |
| 17 | Koss | Jeffrey |
| | Laderoot | Shannon |
| 18 | Lamb | Terry |
| 19 | Lauro | Jay-Mycle |
| | Littlepage | Bill |
| 20 | Long | Matthew |
| 21 | Lopez | Rachael |
| | Lopez | Samuel |
| 22 | Loux | Jonathan |
| | Lunn | Russell |
| 23 | Martin | Anthony |
| 24 | Martinez-Ramirez | Fernando |
| | Martinotti | James |
| 25 | Marty | John |
| 26 | Mcarthur | Adam |
| | Medina | Jorge |
| 27 | Medrano | Juan |
| 28 | Mellott | Ronald |
| | Meneou | Alan |

**Complaint** (Sol #1300123)                                    Page 7 of 10

| | Last Name | First Name |
|---|---|---|
| 1 | | |
| 2 | Merrill | Jason |
| 3 | Mesa | Carey |
|   | Mexia | Juan |
| 4 | Meza | Daniel |
|   | Miller | Carley |
| 5 | Mondoza | Bennie |
| 6 | Morales Martinez | Ely |
|   | Moreno | Matilde |
| 7 | Morisse | Ryan |
| 8 | Mullet | Harold |
|   | Murray | Patrick |
| 9 | Nava | Tomas |
| 10 | Naylor | Timothy |
|   | Nielsen | Douglas |
| 11 | Nino | Javier |
| 12 | Nobel | Kurt |
|   | Nutter | Warren |
| 13 | Olivares | Josie |
|   | Olivares | Toni |
| 14 | Olson | Eric |
| 15 | Ondap | Johanna |
|   | Ortiz | Heidi |
| 16 | Otteson | Chad |
| 17 | Owen | Michael |
|   | Palmer | Kellen |
| 18 | Parker | Forest |
|   | Pearson | Ronald |
| 19 | Pina | June |
| 20 | Plath | Isreal |
|   | Poe | Susan |
| 21 | Pros | Mary |
| 22 | Pros | Nicholas |
|   | Przybyl | Ronald |
| 23 | Ramos | Luis |
| 24 | Ramos | Raul |
|   | Ramsey | Lucas |
| 25 | Rebollo | Anthony |
| 26 | Redman | Ryan |
|   | Reimann | Christopher |
| 27 | Reynolds | Jeffrey |
|   | Richards | Kyle |
| 28 | Rico | Eddie |

**Complaint** (Sol #1300123)

| | Last Name | First Name |
|---|---|---|
| 1 | | |
| 2 | Rios | Alejandro |
| | Rios | Carlos |
| 3 | Rios | Efren |
| 4 | Rios | Vaneesha |
| | Rios-Verdugo | Jesus |
| 5 | Roach | Heath |
| 6 | Robbins | Derrick |
| | Robertson | Justin |
| 7 | Rogers | Patrick |
| 8 | Romero | Freddie |
| | Romualdo | Mauro |
| 9 | Ross | John |
| 10 | Ross | Julie |
| | Schrader | Shanda |
| 11 | Scruggs | Mark |
| 12 | Sesslar | Charles |
| | Shaver | Sheridan |
| 13 | Sigueiros | Enrique |
| 14 | Singer | Mark |
| | Sotelo | Marcelo |
| 15 | Soto | Efrain |
| | Spence | Shilo |
| 16 | Stephenson | Michael |
| 17 | Taylor | Demarcus |
| | Tennant | Scott |
| 18 | Tizio | Paul |
| 19 | Toon | Cynthia |
| | Townsend | Nicholas |
| 20 | Trevino | Paul |
| 21 | Turrey | Francisco |
| | Valdez | Erendida |
| 22 | Valenzuela | Antonio |
| 23 | Valley | Chad |
| | Vasquez | Seberino |
| 24 | Verdugo | Jesus |
| | Villanueva | Carlos |
| 25 | Villegas | Ricardo |
| 26 | Vincent | Richard |
| | Wells | Phillip |
| 27 | Werle | Brandon |
| 28 | Werle | Joshua |
| | Wheeler | Preston |

**Complaint** (Sol #1300123)

| | Last Name | First Name |
|---|---|---|
| 1 | | |
| 2 | Williamson | George |
| 3 | Willwerth | Jason |
| | Yanez | Santiago |
| 4 | Zamudio | Rafael |
| 5 | Zaragoza | Ann |