UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

**THOMAS E. PEREZ**[1], Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

**REGIS DEVELOPMENT, INC.,** an Arizona Corporation, **LEO LOIACANO,** Individually and as Managing Agent of the corporate defendant,

Defendants.

Case No. CV 13-1353 PHX-BSB

**(Proposed) ORDER APPROVING STIPULATED AMENDED CONSENT JUDGMENT**

Plaintiff Thomas E. Perez, Secretary of Labor, U.S. Department of Labor ("Secretary") having filed his complaint, and Defendants, Regis Development, Inc. and Leo Loiacano, having been duly advised on the proceedings and having agreed to the entry of this Amended Consent Judgment in settlement of this case without contest,

[1] Thomas E. Perez was sworn in as Secretary of Labor on July 23, 2013. Pursuant to FRCP 25(d) the caption has been changed to reflect his appointment.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that Defendants Regis Development, Inc. and Leo Loiacano, their officers, agents, servants, and employees and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 215(a)(2), and 215(a)(5), in any of the following manners:

1) Defendants shall not, contrary to FLSA § 7, 29 U.S.C. § 207, employ any employee who in any workweek is employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, for a workweek longer than 40 hours unless the employee is paid at a rate of time and one half the employee's regular rate for all hours worked in excess of 40 hours in a workweek.

2) Defendants shall not fail to make, keep, make available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by regulations issued, and from time to time amended, pursuant to FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5) and the implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

3) Defendants, jointly and severally, shall not continue to withhold the payment of $267,153.34, the unpaid balance remaining from $282,603.34 in unpaid overtime pay and interest hereby found to be due under the FLSA to 213 employees for their employment by Defendants at Regis Development, Inc. during the period of October 4, 2009 to February 5, 2012. The attached Exhibit 1 shows the name of each employee, period

of employment covered by this Amended Consent Judgment and gross backwage amount due to each employee.

4) Pursuant to the immediately preceding paragraph, Defendants shall not fail to deliver to the Secretary's authorized representatives at

U.S. Department of Labor Wage and Hour Division
Phoenix District Office
230 N. First Avenue, Suite 402
Phoenix, AZ 85003-1725

the following:

A. On or before March 1, 2013, a schedule bearing the name of Regis Development, Inc., its address, telephone number and employer identification number. The schedule must show the name, last known home address, telephone number and social security number for each person listed in the attached Exhibit 1 and the gross backwage amount due to each. Defendants delivered this schedule timely.

B. A certified or cashier's check or money order, in the amounts and on or before the dates set forth in the Installment Payment Table attached hereto as Exhibit 2. Each check or money order shall be made payable to the order of Wage & Hour Div-Labor, with the Company's name and "BWs" written on each. Each such payment includes interest calculated at 1% per year.

In the event of any default in the timely making of any payment due hereunder, the full amount due under the backwage provisions of this Judgment which then remains unpaid, plus post-judgment interest at the rate of 10% per year, from the date of this Judgment until paid in full, shall become due and payable upon the Secretary's sending by ordinary mail a written demand to the last business address of the Defendants then known to the Secretary.

The Secretary shall allocate and distribute the remittances, or the proceeds thereof, to the persons named in the attached Exhibit 1, or to their estates if that be necessary, in her sole discretion. The Secretary shall make required legal deductions for the employee portion of Social Security and federal income tax due and forward these amounts to the appropriate agencies. The employer remains responsible for the employer portion of the taxes that are due. Any money not so paid within a period of three years from the date of its receipt, because of an inability to locate the proper persons or because of their refusal to accept it, shall be deposited by the Secretary in a special deposit account for payment to the proper persons and upon such inability to pay within 3 years, shall then be deposited in the Treasury of the United States, as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c);

5) Defendants, individually or collectively, directly or through agents, employees, associates, friends or relatives, shall not in any way demand, require or accept any of the backwages due under this Judgment from any employee. Defendants cannot threaten or imply that adverse action will be taken against any employee because of his/her receipt of funds due under this Judgment. Defendants understand and agree that demanding or accepting any of the wages due under this Judgment or threatening any employee for accepting money due under this Judgment is specifically prohibited by this Judgment;

6) Defendants shall distribute a copy of the attached Exhibit 3, in English and Spanish, which summarizes terms of this Judgment and the employees' rights under the FLSA, to each of their employees, in the employees' native language, and post a copy in both languages at its establishment; and it is further

ORDERED that each party shall bear its own fees and other expenses

incurred by such party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended; and, it is further

ORDERED that this Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Amended Consent Judgment.

SO ORDERED.

Exhibit 1

| Last Name | First Name | From | To | Amount Due |
|---|---|---|---|---|
| Adair | Aaron | 12/14/2009 | 01/24/2010 | $294.80 |
| Alarcon | Jose | 09/28/2009 | 08/02/2010 | $1,073.54 |
| Almanza | Christopher | 10/05/2009 | 02/05/2012 | $4,294.08 |
| Alvarez | Hugo | 03/30/2010 | 04/10/2011 | $2,285.36 |
| Amaya | Ralph | 10/04/2009 | 11/16/2009 | $190.81 |
| Anderson | Jamin | 12/11/2009 | 06/14/2010 | $1,524.50 |
| Armenta | Miguel | 10/17/2010 | 01/30/2011 | $654.58 |
| Bagsby | Ruben | 08/07/2010 | 09/25/2010 | $47.24 |
| Baize | Kevin | 11/19/2009 | 05/29/2011 | $3,565.77 |
| Beltran | Armando | 03/07/2010 | 05/30/2010 | $943.55 |
| Beltran | Enrique | 02/25/2010 | 05/24/2010 | $549.53 |
| Bermudez | Ricardo | 02/12/2010 | 05/24/2010 | $964.72 |
| Blackmon | Russell | 07/19/2010 | 09/25/2010 | $275.72 |
| Box | Herman | 10/05/2009 | 05/02/2010 | $1,660.42 |
| Bramley | Michael | 05/06/2010 | 06/23/2010 | $211.85 |
| Branham | Howell | 06/10/2010 | 09/25/2010 | $860.99 |
| Branham | Jason | 10/17/2010 | 04/03/2011 | $167.45 |
| Branham | Steven | 06/10/2010 | 04/03/2011 | $1,364.21 |
| Brown | Perry | 06/23/2010 | 02/06/2011 | $1,151.78 |
| Brueggeman | Malcolm | 10/05/2009 | 02/15/2010 | $1,035.38 |
| Candelaria | David | 03/14/2010 | 05/30/2010 | $816.54 |
| Canela | Mario | 10/05/2009 | 08/02/2010 | $2,780.43 |
| Canyon | Anthony | 05/18/2010 | 12/19/2010 | $799.51 |
| Capaci | Ray | 10/17/2010 | 04/10/2011 | $1,548.02 |
| Castorena | Philip | 03/01/2010 | 05/30/2010 | $262.50 |
| Chalupp | David | 10/15/2009 | 05/17/2010 | $1,832.66 |
| Chapman | Nicholas | 10/17/2010 | 04/10/2011 | $1,772.81 |
| Charley | Dino | 02/06/2010 | 05/24/2010 | $1,043.58 |
| Chasten | Clark | 07/24/2011 | 10/16/2011 | $594.20 |
| Chavez | Abel | 10/26/2009 | 02/25/2012 | $2,415.79 |
| Chruscinskoi | Kevin | 03/31/2011 | 04/17/2011 | $22.00 |
| Clampitt | Jenny | 08/26/2010 | 06/05/2011 | $813.46 |
| Clark | Michael | 10/05/2009 | 05/29/2011 | $1,137.19 |
| Clayton | Daniel | 06/10/2010 | 02/05/2012 | $1,031.84 |
| Cleary | Diana | 03/20/2011 | 10/30/2011 | $927.76 |
| Clements | Joel | 06/16/2010 | 04/03/2011 | $1,178.95 |
| Colone | Joel | 10/05/2009 | 11/18/2009 | $533.59 |
| Comellier | Nichelle | 05/06/2010 | 06/23/2010 | $245.69 |
| Comer | Jock | 11/19/2009 | 04/29/2010 | $1,216.76 |
| Contreras | Joseph | 10/05/2009 | 05/24/2010 | $1,522.07 |
| Copeland | Stephanie | 02/08/2010 | 05/29/2011 | $2,800.10 |
| Cornellier | Angela | 10/05/2009 | 06/05/2011 | $4,958.52 |
| Craven | Jeremy | 10/05/2009 | 11/22/2009 | $350.23 |

| Last Name | First Name | From | To | Amount Due |
|---|---|---|---|---|
| Current | Kenneth | 12/07/2009 | 09/25/2010 | $3,757.76 |
| Dawson | Chaunce | 03/11/2010 | 05/30/2010 | $929.36 |
| Diaz | Joseph | 10/17/2010 | 04/17/2011 | $456.40 |
| Diminio | John | 10/17/2010 | 08/07/2011 | $116.87 |
| Downer | Anthony | 03/12/2010 | 08/28/2010 | $789.59 |
| Eaton | Charles | 10/05/2009 | 11/18/2009 | $364.00 |
| Ehresman | Scott | 10/05/2009 | 11/22/2009 | $402.50 |
| Ekstrom | Tyler | 10/05/2009 | 05/22/2011 | $5,842.29 |
| Esparza | Christopher | 07/02/2010 | 08/29/2010 | $1,453.65 |
| Etsitty | Darlene | 05/07/2010 | 05/24/2010 | $128.33 |
| Fellenz | Randy | 06/17/2010 | 09/25/2010 | $335.47 |
| Fimbres | Sonia | 08/27/2010 | 09/22/2010 | $142.15 |
| Fischer | Ken | 01/16/2011 | 03/13/2011 | $107.42 |
| Fischer | Marshall | 10/05/2009 | 02/28/2010 | $1,508.16 |
| Flanders | Shawn | 10/05/2009 | 05/09/2010 | $1,616.71 |
| Flores-Modesto | Margarito | 08/01/2010 | 08/29/2010 | $177.44 |
| Fofana | Kristina | 02/20/2011 | 02/05/2012 | $220.81 |
| Fortuna | Paul | 06/19/2011 | 01/29/2012 | $1,204.98 |
| Francis | Albert | 05/07/2010 | 05/24/2010 | $104.99 |
| Francis | Thomasita | 10/05/2009 | 05/24/2010 | $2,429.21 |
| Francis | Tommy | 02/06/2010 | 04/28/2010 | $650.80 |
| Fuentes | Michael | 10/05/2009 | 05/24/2010 | $2,078.12 |
| Galdones | Justin | 08/24/2009 | 02/05/2012 | $4,299.32 |
| Garcia | David | 08/24/2009 | 12/03/2009 | $648.64 |
| Garcia | Dominic | 02/24/2010 | 05/16/2010 | $528.49 |
| Garcia | Ernest | 02/24/2010 | 05/16/2010 | $904.73 |
| Garcia | Estevan | 01/18/2010 | 09/25/2010 | $1,755.50 |
| Glahn | Bruce | 01/25/2010 | 05/30/2010 | $1,171.42 |
| Gleeson | Tony | 01/22/2012 | 02/05/2012 | $133.61 |
| Gomez | Antonio | 11/16/2009 | 12/05/2009 | $326.66 |
| Gregg | Terron | 11/05/2009 | 02/09/2010 | $794.25 |
| Guerra | Marco | 11/14/2010 | 10/30/2011 | $1,092.75 |
| Guerrero | Sergio | 10/12/2009 | 12/13/2009 | $1,994.60 |
| Haller | Thomas | 10/08/2009 | 03/20/2011 | $2,879.84 |
| Hampshire | Larry | 10/05/2009 | 05/30/2010 | $1,126.14 |
| Hannafin | Courtney | 10/05/2009 | 02/05/2012 | $3,596.41 |
| Haro | Salvador | 09/10/2009 | 09/25/2009 | $52.49 |
| Harrison | Steven | 10/05/2009 | 06/07/2010 | $2,528.21 |
| Hart | Ariel | 10/11/2009 | 02/05/2012 | $3,692.25 |
| Hazlett | Brian | 10/05/2009 | 04/26/2010 | $2,027.20 |
| Hemmerling | David | 08/10/2009 | 10/12/2009 | $913.02 |
| Henth | David | 11/20/2009 | 09/25/2010 | $2,564.40 |
| Hermosillo | Homero | 08/07/2011 | 02/05/2012 | $1,433.61 |
| Hernandez | Martin | 10/05/2009 | 02/17/2010 | $827.98 |

| Last Name | First Name | From | To | Amount Due |
|---|---|---|---|---|
| Hertanu | Denny | 02/15/2010 | 02/05/2012 | $1,720.04 |
| Higareda | Fernando | 02/25/2010 | 05/16/2010 | $591.49 |
| Hirsch | Michael | 05/18/2010 | 05/06/2011 | $3,673.02 |
| Hompkins | Chris | 07/24/2011 | 02/05/2012 | $213.84 |
| Hudson | Jerry | 02/17/2010 | 05/08/2011 | $3,198.41 |
| Hundelt | Ashlee | 07/24/2011 | 02/05/2012 | $539.83 |
| Jackowski | Jaroslaw | 05/20/2010 | 06/05/2011 | $2,076.91 |
| Jake | Shawna | 10/05/2009 | 12/12/2010 | $3,096.83 |
| Jameson | Larry | 01/29/2010 | 06/02/2010 | $1,297.57 |
| Jaramillo | Steven | 03/01/2010 | 03/07/2010 | $27.20 |
| Jasso | Lydia | 10/10/2010 | 04/10/2011 | $532.22 |
| Johnson | Joseph | 04/23/2010 | 09/25/2010 | $1,155.00 |
| Johnson | Philip | 03/02/2010 | 02/05/2011 | $2,854.92 |
| Kaitschuck | Duane | 10/05/2009 | 09/25/2010 | $0.00 |
| Kasper | Minnie | 10/05/2009 | 04/17/2011 | $3,336.21 |
| Kaye | Averill | 10/05/2009 | 05/24/2010 | $2,332.83 |
| Kelly | Brandy | 11/18/2009 | 06/07/2010 | $33.18 |
| Kobey | David | 04/11/2010 | 06/05/2011 | $1,102.19 |
| Koss | Jeffrey | 10/05/2009 | 03/27/2011 | $4,149.56 |
| Laderoot | Shannon | 01/25/2010 | 03/03/2010 | $223.56 |
| Lamb | Terry | 03/09/2010 | 04/19/2010 | $68.25 |
| Lauro | Jay-Mycle | 10/05/2009 | 02/22/2010 | $1,308.93 |
| Littlepage | Bill | 06/05/2011 | 07/31/2011 | $209.27 |
| Long | Matthew | 12/31/2009 | 04/26/2010 | $846.81 |
| Lopez | Rachael | 07/04/2010 | 02/05/2012 | $560.54 |
| Lopez | Samuel | 02/25/2010 | 05/19/2010 | $553.16 |
| Loux | Jonathan | 09/07/2010 | 10/30/2011 | $1,824.77 |
| Lunn | Russell | 02/13/2010 | 03/11/2010 | $417.90 |
| Martin | Anthony | 01/02/2011 | 10/30/2011 | $393.76 |
| Martinez-Ramirez | Fernando | 10/27/2009 | 05/12/2010 | $2,094.90 |
| Martinotti | James | 06/07/2010 | 09/25/2010 | $491.39 |
| Marty | John | 09/29/2009 | 11/20/2009 | $524.41 |
| Mcarthur | Adam | 10/05/2009 | 08/01/2010 | $2,899.22 |
| Medina | Jorge | 10/15/2009 | 05/24/2010 | $2,046.26 |
| Medrano | Juan | 02/13/2010 | 09/25/2010 | $1,055.97 |
| Mellott | Ronald | 03/29/2010 | 05/26/2010 | $368.45 |
| Meneou | Alan | 10/26/2009 | 08/09/2010 | $2,546.88 |
| Merrill | Jason | 08/24/2009 | 06/30/2010 | $2,696.35 |
| Mesa | Carey | 05/09/2009 | 01/08/2010 | $716.69 |
| Mexia | Juan | 07/26/2010 | 04/03/2011 | $1,181.44 |
| Meza | Daniel | 12/06/2009 | 05/24/2010 | $1,210.32 |
| Miller | Carley | 02/20/2010 | 03/14/2010 | $85.73 |
| Mondoza | Bennie | 10/06/2009 | 10/22/2009 | $99.01 |
| Morales Martinez | Ely | 02/15/2010 | 05/24/2010 | $701.61 |

| Last Name | First Name | From | To | Amount Due |
|---|---|---|---|---|
| Moreno | Matilde | 07/24/2011 | 02/05/2012 | $823.38 |
| Morisse | Ryan | 07/05/2010 | 07/18/2010 | $83.99 |
| Mullet | Harold | 10/05/2009 | 07/14/2010 | $2,487.90 |
| Murray | Patrick | 07/27/2010 | 09/25/2010 | $496.65 |
| Nava | Tomas | 12/09/2009 | 05/24/2010 | $1,555.38 |
| Naylor | Timonthy | 08/01/2010 | 09/25/2010 | $228.89 |
| Nielsen | Douglas | 02/23/2010 | 03/22/2010 | $110.24 |
| Nino | Javier | 03/22/2010 | 02/05/2012 | $2,703.71 |
| Nobel | Kurt | 10/05/2009 | 05/24/2010 | $1,935.29 |
| Nutter | Warren | 10/05/2009 | 08/02/2010 | $2,238.75 |
| Olivares | Josie | 10/17/2010 | 01/09/2011 | $39.10 |
| Olivares | Toni | 03/08/2010 | 02/05/2012 | $4,583.55 |
| Olson | Eric | 06/05/2011 | 02/05/2012 | $1,464.49 |
| Ondap | Johanna | 02/27/2011 | 02/05/2012 | $846.32 |
| Ortiz | Heidi | 08/16/2010 | 01/02/2011 | $337.13 |
| Otteson | Chad | 05/10/2010 | 04/17/2011 | $3,661.84 |
| Owen | Michael | 06/15/2010 | 07/26/2010 | $218.40 |
| Palmer | Kellen | 09/28/2009 | 09/25/2010 | $3,175.77 |
| Parker | Forest | 10/17/2010 | 04/17/2011 | $156.05 |
| Pearson | Ronald | 12/06/2009 | 01/08/2010 | $305.57 |
| Pina | June | 10/05/2009 | 10/30/2011 | $8,393.53 |
| Plath | Isreal | 01/14/2010 | 10/30/2011 | $1,823.69 |
| Poe | Susan | 07/26/2010 | 04/10/2011 | $823.66 |
| Pros | Mary | 02/17/2010 | 08/02/2010 | $1,240.74 |
| Pros | Nicholas | 02/17/2010 | 08/02/2010 | $1,323.58 |
| Przybyl | Ronald | 10/05/2009 | 05/30/2010 | $2,002.88 |
| Ramos | Luis | 03/08/2010 | 05/30/2010 | $840.58 |
| Ramos | Raul | 02/15/2010 | 05/24/2010 | $1,200.72 |
| Ramsey | Lucas | 10/05/2009 | 09/12/2010 | $3,648.29 |
| Rebollo | Anthony | 10/05/2009 | 02/12/2010 | $506.69 |
| Redman | Ryan | 04/12/2010 | 07/19/2010 | $494.90 |
| Reimann | Christopher | 09/25/2009 | 05/24/2010 | $1,428.15 |
| Reynolds | Jeffrey | 06/08/2010 | 03/27/2011 | $1,394.07 |
| Richards | Kyle | 10/10/2010 | 11/14/2010 | $22.62 |
| Rico | Eddie | 10/19/2009 | 11/16/2009 | $181.21 |
| Rios | Alejandro | 10/05/2009 | 03/23/2010 | $2,182.87 |
| Rios | Carlos | 09/29/2009 | 07/31/2011 | $5,373.53 |
| Rios | Efren | 10/12/2009 | 07/31/2011 | $7,110.08 |
| Rios | Vaneesha | 10/17/2010 | 05/15/2011 | $140.37 |
| Rios-Verdugo | Jesus | 07/19/2010 | 09/25/2010 | $528.49 |
| Roach | Heath | 01/09/2011 | 07/03/2011 | $881.35 |
| Robbins | Derrick | 10/26/2009 | 04/30/2010 | $1,564.84 |
| Robertson | Justin | 09/10/2009 | 11/10/2009 | $295.74 |
| Rogers | Patrick | 11/02/2009 | 04/26/2010 | $2,005.27 |

| Last Name | First Name | From | To | Amount Due |
|---|---|---|---|---|
| Romero | Freddie | 01/18/2010 | 07/05/2010 | $1,224.31 |
| Romualdo | Mauro | 01/18/2010 | 08/02/2010 | $1,381.11 |
| Ross | John | 01/04/2010 | 06/03/2010 | $1,380.77 |
| Ross | Julie | 01/04/2010 | 06/03/2010 | $1,441.15 |
| Schrader | Shanda | 10/17/2010 | 03/20/2011 | $841.39 |
| Scruggs | Mark | 10/05/2009 | 09/25/2010 | $2,939.88 |
| Sesslar | Charles | 06/29/2010 | 08/09/2010 | $287.70 |
| Shaver | Sheridan | 02/25/2010 | 07/29/2010 | $286.64 |
| Sigueiros | Enrique | 10/05/2009 | 08/01/2010 | $1,902.63 |
| Singer | Mark | 11/15/2010 | 04/17/2011 | $638.65 |
| Sotelo | Marcelo | 12/05/2010 | 02/05/2012 | $3,325.54 |
| Soto | Efrain | 12/19/2010 | 05/22/2011 | $516.32 |
| Spence | Shilo | 10/05/2009 | 10/18/2009 | $202.81 |
| Stephenson | Michael | 03/09/2010 | 09/25/2010 | $138.25 |
| Taylor | Demarcus | 03/30/2010 | 05/24/2010 | $432.40 |
| Tennant | Scott | 07/26/2010 | 04/03/2011 | $1,172.25 |
| Tizio | Paul | 10/12/2009 | 11/08/2009 | $122.49 |
| Toon | Cynthia | 10/10/2010 | 10/24/2010 | $60.14 |
| Townsend | Nicholas | 12/14/2009 | 02/25/2010 | $540.68 |
| Trevino | Paul | 04/05/2010 | 05/20/2010 | $280.00 |
| Turrey | Francisco | 09/25/2009 | 12/03/2009 | $608.59 |
| Valdez | Erendida | 03/25/2010 | 05/19/2010 | $156.45 |
| Valenzuela | Antonio | 10/05/2009 | 01/18/2010 | $209.38 |
| Valley | Chad | 01/30/2011 | 04/17/2011 | $362.84 |
| Vasquez | Seberino | 07/24/2011 | 07/31/2011 | $69.34 |
| Verdugo | Jesus | 10/24/2010 | 04/10/2011 | $588.32 |
| Villanueva | Carlos | 07/24/2011 | 10/30/2011 | $187.56 |
| Villegas | Ricardo | 09/13/2009 | 09/20/2009 | $63.00 |
| Vincent | Richard | 12/09/2009 | 12/27/2009 | $91.78 |
| Wells | Phillip | 10/05/2009 | 11/15/2009 | $239.23 |
| Werle | Brandon | 09/28/2009 | 01/18/2010 | $741.30 |
| Werle | Joshua | 12/06/2009 | 07/30/2010 | $2,036.57 |
| Wheeler | Preston | 05/10/2010 | 03/27/2011 | $1,550.90 |
| Williamson | George | 03/29/2010 | 09/25/2010 | $1,096.26 |
| Willwerth | Jason | 05/10/2010 | 09/25/2010 | $1,015.35 |
| Yanez | Santiago | 06/05/2011 | 08/07/2011 | $86.94 |
| Zamudio | Rafael | 12/06/2009 | 05/24/2010 | $1,690.62 |
| Zaragoza | Ann | 08/13/2010 | 10/30/2011 | $716.54 |

Exhibit 2

INSTALLMENT PAYMENT TABLE

| **Payment No.** | **Due Date** | **Gross Amount Due** |
|---|---|---|
| 1 | September 30, 2013 | $ 7,725.00 |
| 2 | December 30, 2013 | $ 7,725.00 |
| 3 | March 30, 2014 | $ 7,725.00 |
| 4 | June 30, 2014 | $ 7,725.00 |
| 5 | September 30, 2014 | $ 7,725.00 |
| 6 | December 30, 2014 | $ 7,725.00 |
| 7 | March 30, 2015 | $ 7,725.00 |
| 8 | June 30, 2015 | $ 7,725.00 |
| 9 | September 30, 2015 | $ 7,725.00 |
| 10 | December 30, 2015 | $ 7,725.00 |
| 11 | March 30, 2016 | $189,903.34 |

Exhibit 3

## LEGAL NOTICE TO ALL EMPLOYEES

The **Fair Labor Standards Act** provides that all employees must be paid **minimum wage** for all hours worked. In addition, employees must be paid **overtime**, at a rate of time and one half their regular rate, for the hours they work over 40 in a workweek. All employees, whether they are paid **hourly** or on a **piece rate** basis are entitled to overtime when they work over 40 hours.

**Regis Development** has settled a lawsuit with the **U.S. Department of Labor**. As part of this settlement, it has agreed to pay unpaid backwages owed to some employees. The Department of Labor will distribute these checks to the employees who are owed money. Nobody from the company can ask you for this money back, and no employee must return this money back.

Your employer wants you to know that it is committed to ensuring that all employees are paid overtime when it is due and in fully complying with all laws enforced by the Department of Labor. If you are not paid overtime, or if anybody associated with this shop tells employees to return their wages, please call the **U.S. Department of Labor at (602) 514-7100,** or **1 866-4-USWAGE**. Your name will be kept confidential and not disclosed.